Leon Brownstein, Minor, by Anna Brownstein, His Mother and Next Friend, Appellant, v. Electric Household Utilities Corporation et al., Appellees.

Gen. No. 42,995.

Heard in the third division, first district, this court at the February term, 1944; opinion filed December 20, 1945; released for publication January 8, 1946. Krohn & MacDonald and Harry H. Kleper, for appellant; Stuart B. Krohn and Ian P. MacDonald, of counsel; Richard E. Keogh, for certain appellees; Andrew J. Farrell, for certain other appellee. Opinion by JUSTICE LEWE. Not to be published in full.